IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT WIDMER, | CASE NO. CV-F-01-5662 LJO |
| Plaintiff, | **ORDER TO TRANSFER ACTION TO TENNESSEE EASTERN DISTRICT COURT** |
| vs. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. / | |

Plaintiff Albert Widmer ("plaintiff") seeks judicial review of administrative denial of his claim for Supplemental Security Income.  Pursuant to the sixth sentence of 42 U.S.C. § 405(g), this Court remanded this matter for a hearing before an Administrative Law Judge of the Social Security Administration ("SSA") and related proceedings. Plaintiff has notified this Court that he has relocated to Mulberry, Tennessee.  This Court is informed that SSA's Office of Hearings and Appeals in Fresno has transferred plaintiff's case to a counterpart office in Nashville, Tennessee for further administrative proceedings.  To promote judicial efficiency and the parties' convenience and interests, this Court TRANSFERS this action to the Tennessee Eastern District Court, Winchester Divisional Office, 200 South Jefferson Street, Winchester, TN 37398.  This Court DIRECTS its clerk to arrange the transfer of this action to the Tennessee Eastern District Court, Winchester Divisional Office.

IT IS SO ORDERED.

**Dated:   November 1, 2005**           /s/ Lawrence J. O'Neill

1

1  66h44d                                    UNITED STATES MAGISTRATE JUDGE